UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:
    - v. -                   ORDER
:
MICHAEL FALU,           19 Cr. 937 (NRB)
:
         Defendant.
:
- - - - - - - - - - - - - - - - x

       WHEREAS, this Court has set a discovery schedule for the above-captioned case;

       AND WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for the defendant, Michael Falu, so the Government can prepare its case and ensure that it is able to meet its discovery obligations;

       IT IS HEREBY ORDERED that the U.S. Probation Office provide a copy of the complete case file maintained for the defendant, Michael Falu, to counsel for the Government and to the defendant, Michael Falu.

SO ORDERED:

Dated:   January *15*, 2020
          New York, New York

                        THE HONORABLE NAOMI R. BUCHWALD
                        UNITED STATES DISTRICT JUDGE
                        SOUTHERN DISTRICT OF NEW YORK