**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 27, 2020

*By ECF and by e-mail*

```
So ordered.  Speedy Trial Time excluded
until June 26, 2020.
```

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

[signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Michael Falu*, 19 Cr. 937 (NRB)

```
Dated: May 27, 2020
```

      I write on consent (Assistant U.S. Attorney Thomas Burnett) to respectfully request that the Court exclude time under the Speedy Trial Act for an additional 30 days. (Time is currently excluded through today.) The parties are actively discussing a disposition in this matter, and the further exclusion of time will allow the parties to continue those discussions, and hopefully reach a disposition within the next few weeks.

      Thank you for your consideration of this request.

      Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:   Thomas Burnett, Esq., by ECF