**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Southern District
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 25, 2020

*By ECF and by e-mail*

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
Application granted.  Speedy trial
time excluded until 7/26/2020.
         SO ORDERED.

         NAOMI REICE BUCHWALD
         UNITED STATES DISTRICT JUDGE
Dated: June 26, 2020
```

Re:   *United States v. Michael Falu*, 19 Cr. 937 (NRB)

    I write on consent (Assistant U.S. Attorney Thomas Burnett) to respectfully request that the Court exclude time under the Speedy Trial Act for an additional 30 days. (Time is currently excluded through June 27, 2020.) The parties are actively discussing a disposition in this matter, and the further exclusion of time will allow the parties to continue those discussions, and hopefully reach a disposition within the next few weeks.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:   Thomas Burnett, Esq., by ECF and e-mail