# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 27, 2020

*By ECF*

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Michael Falu*, 19 Cr. 937 (NRB)

I write to respectfully request that the Court exclude time under the Speedy Trial Act until July 29, 2020, which is the date of Mr. Falu's change-of-plea hearing.

Thank you for your consideration of this request.

                    Respectfully submitted,

                    /s/
                    Martin S. Cohen
                    Ass't Federal Defender
                    (212) 417-8737

Cc:   Thomas Burnett, Esq., by ECF
      Michael Falu, MCC Register Number 07584-036

```
                          Consistent with the Order of Chief
                          Judge McMahon of June 11, 2020, SO
                          ORDERED.  Speedy trial time
                          excluded until July 29, 2020.
```

*[signed] Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Date:  July 27, 2020