UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                         -v-

  Michael Falu                                    ,
                                    Defendant(s).
-------------------------------------------------------------------X

CONSENT TO PROCEED BY TELECONFERENCE
_____

  __19__ -CR- __937__ __S1__ __(NRB )

Defendant MICHAEL FALU                                        hereby voluntarily consents to participate in the following proceeding via teleconferencing:

_X__    Change of plea hearing

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

___     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence

On behalf of Mr. Falu,

*[signature]*                                    Martin Cohen
Defendant's Signature                            Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Digitally signed by Martin Cohen*
*DN: cn=Martin Cohen, o=Federal Defenders of NY, ou=Assistant Federal Defender, email=martin_cohen@fd.org, c=US*
*Date: 2020.07.29 10:20:16 -04'00'*

___MICHAEL FALU                                  MARTIN COHEN
Print Defendant's Name                           Print Defense Counsel's Name


This proceeding was conducted by reliable teleconferencing technology.

_July 29, 2020_                                  *[signature]*
Date                                             U.S. District Judge
                                                 Naomi Reice Buchwald