# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 10, 2020

*By ECF and e-mail*

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Michael Falu*, 19 Cr. 937 (NRB)

I write on consent (Assistant U.S. Attorney Thomas Burnett) to respectfully request that the Court adjourn sentencing in this matter to December 9, 2020, at 12:00 p.m. The adjournment will allow Mr. Falu to appear for sentencing in person.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:  Thomas Burnett, Esq., by ECF
Michael Falu, MCC Register Number 07584-036

*So Ordered.
Naomi Reice Buchwald, USDJ
11/10/20*